# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        Case No. 06-CR-63

**-vs-**

**DANNY L. IVERSON and
DEBRA M. TIMKO,**

        Defendants.

# ORDER

The Court has received a Recommendation from Magistrate Judge Patricia J. Gorence that Counts 14-17 of the indictment in the above-captioned case be dismissed without prejudice. In addition, Magistrate Judge Gorence recommends that the defendant Debra M. Timko's ("Timko") Motion to Dismiss Count 32 be denied.

The Court has read the Recommendation and reviewed the record and adopts Magistrate Judge Gorence's Recommendation *in toto*.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

1.     Counts 14-17 of the Indictment are **DISMISSED** without prejudice.

2.     Timko's Motion to Dismiss Count 32 is **DENIED.**

Dated at Milwaukee, Wisconsin, this 8th day of February, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**